FILED
March 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      DT
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § § RICKEY EUGENE TURNER, § § Defendant. § § | Case No: EP:25-CR-00391-KC<br><br>**I N D I C T M E N T**<br><br>**CT 1:** 21:952(a)-Importation of a Controlled Substance. |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

That on or about February 8, 2025, in the Western District of Texas, Defendant,

**RICKEY EUGENE TURNER,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(H).

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: _[signature: José Luis Gonzalez]_
Assistant U.S. Attorney

Rev. 2016-02-16